FILED
November 15, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. Cr-S-06-0419 GEB
       Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
LARRY MCDANIEL, )
)
       Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Larry McDaniel</u>, Case No. <u>Cr S-06-0419 GEB</u>, Charge <u>Title 18 USC § 287</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X  Bail Posted in the Sum of $ <u>10,000.00</u>

        X  Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        X  (Other) <u>Pretrial Services Supervision with conditions.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>November 15, 2006</u> at <u>2:25</u> pm.

By /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal